UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

WILLIAM EARL SHERMAN,

        Plaintiff,

v.

UNKNOWN NIEMI,

        Defendant.
_____/

Case No. 2:23-cv-143

Honorable Maarten Vermaat

## **ORDER**

This is a civil rights action brought by a *pro se* state prisoner under 42 U.S.C. § 1983. On January 31, 2024, an early mediation conference took place involving Plaintiff. As a result of that mediation conference, the parties have agreed to settle the matter in its entirety. (ECF No. 11). Accordingly,

    **IT IS ORDERED** that this case is **DISMISSED**.

    **IT IS FURTHER ORDERED** that any filing fee owed by William Earl Sherman, #869327, in this case shall be waived, and the MDOC shall not collect the filing fee in this case.

    **IT IS SO ORDERED**.

Dated: February 7, 2024

/s/ *Maarten Vermaat*
Maarten Vermaat
United States Magistrate Judge